# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANDREW D. WETZEL

NO. 2022 KW 0401

**APRIL 26, 2022**

---

In Re:     Andrew D. Wetzel, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 1077-F-2021.

---

**BEFORE:     GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**STAY DENIED. WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the transcript of the March 10, 2022, hearing, a complete copy of the transcript of the January 7, 2022, hearing, and other portions of the district court record that might support the claims raised in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application must be filed on or before May 4, 2022. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

> **JMG**
> **GH**
> **WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
 DEPUTY CLERK OF COURT
     FOR THE COURT